# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRYAN BEDI** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-12590** |
| **MELINDA PRICE** | **SECTION D** |

## ORDER

The Court, having considered the Notice of Removal, [1] the record, the applicable law, the Magistrate Judge's Report and Recommendation, [2] and the objections thereto, [3] hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Because Melinda Price challenges the outcome of her state court divorce and custody proceeding, her claims are more appropriate for resolution by the proper state appellate court.

Accordingly,

**IT IS HEREBY ORDERED** that this lawsuit be **REMANDED** to the Twenty-Ninth Judicial District Court for the Parish of St. Charles, Louisiana, for lack of

---

[1] R. Doc. 1.
[2] R. Doc. 8.
[3] R. Docs. 13 & 14

federal subject matter jurisdiction.

New Orleans, Louisiana, January 2, 2020.

_____
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**